**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOST SOCK, LLC<br><br>        Plaintiff,<br><br>v.<br><br>ROCKiT PICTURES, LTD.,<br><br>        Defendant. | No. 2:21-cv-09241-JAK (JPRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 29)**<br><br>==**JS-6: CASE TERMINATED**== |

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 29)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The action is dismissed with prejudice in its entirety. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated:  July 7, 2025

_____

John A. Kronstadt

United States District Judge

2